17 TIRE SERVICES, INC.
HC 67, BOX 1640
CHURCH VIEW, VA 23032

ABBEY FRITZ FENCE COMPANY, INC.
4113 AQUARIUM PLACE
BALTIMORE, MD 21215

ABSOLUTE PRESSURE CLEANING EQUIPMENT
1702-A MIDWAY ROAD
ODENTON, MD 21113

AIR BRAKE & POWER EQUIPMENT, CO.
1048 BAKERY ROAD
POTTSVILLE, PA 17901-8402

ALBAN TRACTOR COMPANY, INC.
P.O. BOX 64251
BALTIMORE, MD 21264

ALL JERSEY EXPRESS
P.O. BOX 346
TOTOWA, NJ 7511

ALLEN ROOKLIN
2012 TYSON AVENUE
PHILADELPHIA, PA   19149

ALLENTOWN MACK SALES & SERVICE, INC.
1407 BULLDOG DRIVE
ALLENTOWN, PA 18104

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

AMGRO, INC.
100 N. PARKWAY P.O. BOX 15089
WORCESTER, MA 01615-0089

APR SUPPLY, COMPANY
44 N. 8th STREET
LEBANON, PA 17046

AT&T WIRELESS
P.O. BOX 7951
WESTBURY, NY 11590-7951

BALTIMORE GAS & ELECTRIC
P.O. BOX 1431
BALTIMORE, MD 21203

BASTIAN TIRE & AUTO CENTERS  
P.O. BOX 262  
SHAMOKIN DAM, PA 17876

BELL CORPORATION OF AMERICA  
1411 N. WESTSHORE BLVD. 100  
P.O. BOX 24538  
TAMPA, FL 33623

BERGEY'S  
462 HARLEYSVILLE PIKE  
FRANCONIA, PA 18924

BETTER MANAGEMENT CORPORATION OF OHIO  
P.O. BOX 9755  
YOUNGSTOWN, OH 44513

BLUE MTN MACK DISTRIBUTION, INC.  
1407 BULLDOG DRIVE  
ALLENTOWN, PA 18104

BOMBARDIER CAPITAL, INC.  
c/o BANK OF AMERICA  
P.O. BOX 1067  
CHARLOTTE, NC 28201-1067

BRIAN DEMPSEY  
217 EAST SECOND STREET  
MT. CARMEL, PA 17851

BROWNING-FERRIS INDUSTRIES  
BALTIMORE DISTRICT #358  
P.O. BOX 830135  
BALTIMORE, MD 21283-0135

BRUSKE PRODUCTS  
P.O. BOX 669  
7447 DUVAN DRIVE  
TINLEY PARK, IL 60477-0669

C.A.P.  
CHARLES AUTO TRUCK PARTS  
8543 NEPTUNE DRIVE  
PASADENA, MD 21122

CAPITAL TIRE SERVICE, INC  
578 SPRING STREET  
ROUTE 1 & 9  
ELIZABETH, NJ 7201

CARLOS ARAMAYO  
71 ACKERMAN AVENUE  
CLIFTON, NJ 7011

CASTROL HEAVY DUTY LUBRICANTS, INC.  
P.O. BOX 409369  
ATLANTA, GA 30384-9369

CENTRAL TRUCK CENTER  
3801 IRONWOOD PLACE  
LANDOVER, MD 20785

CHRIS HALLOWAY
444 SMALL VALLEY ROAD
HALIFAX, PA 17032

CHRISTOPHER ROGERS
1302 LONG RUN ROAD
P.O. BOX 238
FRIEDENSBURG, PA 17933

CHRYSLER FINANCIAL
P.O. BOX 530054
ATLANTA, GA 30353-0054

CINTAS CORPORATION
P.O. BOX 9188
BALTIMORE, MD 21222

CITGO
8029 BRISTOL PIKE
LEVITTOWN, PA 19057

CITY OF BALTIMORE
PARKING FINE SECTION
200 HOLIDAY STREET
BALTIMORE, MD 21202

CLEVELAND BROTHERS
BOX 2535
HARRISBURG, PA 17105

COLLECTION COMPANY OF AMERICA
P.O. BOX 35986
DALLAS, TX 75235-0986

COMMONWEALTH OF PENNA.
400 MARKET STREET
HARRISBURG, PA 17101

CONCENTRA MEDICAL CENTERS
P.O. BOX 18277
BALTIMORE, MD 21227

CONOCOPHILLIPS COMPANY
P.O. BOX 2197 - TN 8013
HOUSTON, TX 77252-2197

COPYCAT BUSINESS SYSTEMS
253 SUNBURY STREET
MINERSVILLE, PA 17954

COUNTRY TIRE WAREHOUSE
135 TOWER ROAD
SUMMERHILL, PA 15958

CREDIT SERVICE
812 NEWTOWN ROAD
VIRGINIA BEACH, VA 23462

CRW AUTO & TRUCK PARTS
1211 68th STREET
BALTIMORE, MD 21237

CRYSTAL SPRINGS WATER CO.
P.O. BOX 3229
LANCASTER, PA 17604-3229

DAIMLERCHRYSLER SERVICES
P.O. BOX 2916
MILWAUKEE, WI 53201-2916

DARNELL HEBRON
3 HENLEY COURT
WINDSOR MILL, MD 21136

DAVE BARRY
208 CLAY STREET
TREMONT, PA 17981

DAVID BELL TRUCK SERVICE
1 BUILTWELL ROAD
SCHUYLKILL HAVEN, PA 17972

DAVID FRY
WEST FIFTH STREET
BOX 10-B
WILLIAMSTOWN, PA 17098

DAVID KOCH
926 SCHUYLKILL MOUNTAIN ROAD
SCHUYLKILL HAVEN, PA 17972

DAVID MOHL
202 BERNE STREET
SCHUYLKILL HAVEN, PA 17972

DELAWARE TRUCK STOP
P.O. BOX 78
DELAWARE, NJ 7833

DELTON BOLTON
108 WALNUT STREET
TUSCARORA, PA 17982

DENNIS ORNER
331 S. PLUM STREET
MOUNT CARMEL, PA 17851

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 27412
RICHMOND, VA 23269

DEPARTMENT OF LABOR AND INDUSTRY
EMPLOYER'S CHARGE SECTION
P.O. BOX 67504
HARRISBURG, PA 17106-7504

DIAMOND ADVANTAGE
P.O. BOX 930895
KANSAS CITY, MO 64193-0895

DIRECTOR OF FINANCE
BUREAU OF TREASURY MANAGEMENT
200 HOLIDAY STREET, SUITE 3
BALTIMORE, MD 21202-3683

DISTRICT COURT
SOMERSET COUNTY
805 ATKINSON WAY, P.O. BOX 55
BOSWELL, PA 15531

DOR-A-MAR CANVAS PRODUCTS
2130 POND ROAD, UNIT E
RONKONKOMA, NY 11779

DUMBAULD'S TIRE SERVICE
ROUTE 601 NORTH
P.O. BOX 734
SOMERSET, PA 15501-0734

DUNMORE OIL COMPANY
1031 REEVES STREET
DUNMORE, PA 18512

EAST MANUFACTURING CORPORATION
1871 STATE ROUTE 44
P.O. BOX 277
RANDOLPH, OH 44265

EAST PENN MANUFACTURING, CO., INC.
P.O. BOX 147, DEKA ROAD
LYON STATION, PA 19536

EPIX INTERNET SERVICES
100 CTE DRIVE
DALLAS, PA 18612

ESPENSHADE, WALTER
190 HILL ROAD
MEGINS, PA 17081

FEDERAL EXPRESS CORP
P.O. BOX 1140, DEPT A
MEMPHIS, TN 38101-1140

FEDERAL MOTOR CARRIER
SAFETY ADMINISTRATION
10 SOUTH HOWARD STREET, SUITE 4000
BALTIMORE, MD 21201

FILTERFRESH
418 NORTH FRANKLIN
ALLENTOWN, PA 18102

FIRST FEDERAL
115 S. CENTRE STREET
POTTSVILLE, PA 17901

FLEET EQUIPMENT, INC.
BOX 110 BEENO ROAD
DARRAGH, PA 15625

FLORIG EQUIPMENT OF AMERICA
904 RIDGE PIKE
CONSHOHOCKEN, PA 19428-1098

FREDERICKSBURG TRUCK CENTER
P.O. BOX 5900
55 STANSTEAD ROAD
FREDRICKSBURG, VA 22403

FREIGHTLINER OF HARRISBURG
P.O. BOX 4174
HARRISBURG, PA 17111

GARY D. SCHEIB
2101 EAST GRAND AVENUE
TOWER CITY, PA 17980

GE FINANCIAL ASSURANCE
100 BRIGHT MEADOW BLVD.
P.O. BOX 1955
ENFIELD, CT 06083-1955

GOOD SAMARITAN HEALTHPLEX
INDUSTRIAL PARK ROAD
ST. CLAIR, PA 17970

GOOD SAMARITAN REGIONAL MEDICAL
CENTER
700 E. NORWEIGIAN STREET
POTTSVILLE, PA 17901-2798

H & M EBLING GLASS SHOP
1819 SWEET ARROW LAKE ROAD
POTTSVILLE, PA 17901

H & R TRUCKING
2204 LEWISDALE DRIVE
HYATTSVILLE, MD 20783

H M FELTY SALES & SERVICE
163 PLEASANT VALLEY ROAD
PINE GROVE, PA 17963

HALE TRAILER BRAKE/WHEEL, INC.
P.O. BOX 1400
VOORHEES, NJ 8043

HAROLD REICHWEIN
241 BEURY'S ROAD
ASHLAND, PA 17921

HEAVY DUTY PARTS, INC.
P.O. BOX 27
CAMP HILL, PA 17001

HIGHLANDS INSURANCE GROUP
P.O. BOX 19849
RALEIGH, NC 27619-9849

HIGHWAY GARAGE, INC.
1269 AMERICAN LEGION ROAD
FREDRICKSBURG, VA 22405

HILLTOP FUEL CO. INC.
t/a JOHNNY'S TRUCKSTOP
P.O. BOX 5296
CLINTON, NJ 8809

HRS TELERADIOLOGY, INC.
PO BOX 1079
POTTSVILLE, PA 17901

HUNTER KEYSTONE PETERBILT
1463 MANHEIM PIKE
LANCASTER, PA 17601

INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255-0039

INTERNATIONAL TRAILERS, INC.
8535 MASON-DIXON HIGHWAY
P.O. BOX 59
MEYERSDALE, PA 15552

J. H. ZERBEY NEWSPAPERS INC.
PO BOX 1165
POTTSVILLE, PA 17901

JAMES HOFFMAN
484 WEST FRACK STREET
FRACKVILLE, PA 17931

JAMES SPANGLER
6030 CLOVERHILL ROAD
SUMMERSET, PA 15501

JESSE ZERBE
1103 EAST WEBSTER STREET
COAL TWP, PA 17866

JOHN HINNERS
201 CHERRY STREET
ST. CLAIR, PA 17970

JOHN KRISOVITCH
RD 9 BOX 9700
LAKE ARIEL, PA 18436

JOSEPH LAWRENCE SHINSKI
502 WIMMER ROAD
GLEN BURNIE, MD 21061

JUAN RIVERA
9300 HUMPHRIES DRIVE
BURKE, VA 22015

KCI INSURANCE AGENCY, INC.
P.O. BOX 2434
CHERRY HILL, NJ 8034

KDKL INC.
267 EAST STREET
BLOOMSBURG, PA 17815

KELLER TRUCK PARTS, INC.
3530 S. HANOVER STREET
BALTIMORE, MD 21225-1732

KEYSTONE PETROLEUM EQUIPMENT, LTD.
981B TRINDLE ROAD WEST
MECHANICSBURG, PA 17055

KOHL BROS. INC
5 MUTH AVENUE
PO BOX 350
MYERSTOWN 17067

KRAMER'S TOWING SERVICE
I-78 & MAPLE DRIVE
HAMBURG, PA 19526

LANGSAM STEVENS & SILVER, LLP
1616 WALNUT STREET, SUITE 1700
PHILADELPHIA, PA 19103-5319

L.U. TRANSPORT INC.
2648 WEST 50TH STREET
CHICAGO, IL 60632

LAPP CYLINDER SERVICE
936 DETURKSVILLE ROAD
PINE GROVE, PA 17963

LOU ABOYOUN
88 BALDWIN TERRACE
WAYNE, NJ 7470

M J EXPRESS
9710 SPELLMAN DRIVE
SPRINGFIELD, VA 2215

MAC TRAILER MANUFACTURING, INC.
14599 COMMERCE STREET
ALLIANCE, OH 44601

MADENFORD SPRING & AUTO
51 ATLANTIC AVENUE
POTTSVILLE, PA 17901

MAGISTERIAL DISTRICT 11-3-08
62 MAFFETT STREET
PALINS, PA 18705

MAGISTERIAL DISTRICT 11-3-09
11 CARVERTON ROAD
TRUCKSVILLE, PA 18708

MANNY AROCHO
22 GREEN ACRES
LEBANON, PA 17046

MANULIFE FINANACIAL (USA)
PO BOX 7247-7122
PHILADELPHIA, PA 19170-7122

MARKO RADIATOR, INC.
725 WEST COAL STREET
SHENANDOAH, PA 17976

MCCARTHY TIRE SVC. CO. INC.
PO BOX 1125
WILKES-BARRE, PA 18703-1125

MCI
PO BOX 856053
LOUISVILLE, PA 40285-6053

MD IWIF
PO BOX 17076
BALTIMORE, MD 21297-0421

MICHELLE POTTS TAX COLL
RD#4 BOX 350 A
PINE GROVE, PA 17963

MID ATLANTIC WASTE SYSTEM
PO BOX 64104
BALTIMORE, MD 21264-4104

MIDWAY TRUCK SERVICE, INC.
P.O. BOX J
BETHEL, PA 19507-0010

MILAN EXPRESS INC.
473 SERVISS AVENUE
N. BRUNSWICK, NJ 8902

MINERS FUEL COMPANY
P.O. BOX 86
TREMONT, PA 17981

MINERSVILLE AUTO PARTS
29 SUNBURY STREET
MINERSVILLE, PA 17954

MOORE STORE
PO BOX 6147
CAROL STREAM, IL 60197-6147

MT. CARMEL AUTO SUPPLY
105 WEST AVENUE
MOUNT CARMEL, PA 17851-1396

NAVISTAR FINANCIAL CORP
PO BOX 98454
CHICAGO, IL 60693

NAVISTAR LEASING CORP.
P.O. BOX 98454
CHICAGO, IL 60693

NEWBURG BOROUGH
P.O. BOX 51
NEWBURG, PA 17240

NEXTEL COMMUNICATIONS
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

NEXTEL PARTNERS
PO BOX 4192
CAROL STREAM, IL 60197-4192

P O C INTERNATIONAL INC.
PO BOX 86
TREMONT, PA 17981

PARSON CONSULTING
DEPT 77-2996
CHICAGO, IL 60678-2996

PCI INSURANCE, INC.
PO BOX 1139
CAMP HILL, PA 17001

PENNA BLUE SHIELD
PO BOX 827142
PHILADELPHIA, PA 19182-7142

PPL ELECTRICT UTILITIES
827 HAUSMAN ROAD
ALLENTOWN, PA 18104-9392

PENNA TURNPIKE COMMISSION
COMMONWEALTH OF PENNSYLVANIA
P.O. BOX 400050
PITTSBURGH, PA 15268-0050

POTTSVILLE REPUBLICAN & HERALD
P.O. BOX 1165
POTTSVILLE, PA 17901

POWELL, RONALD
1708 REGINA STREET
HARRISBURG, PA 17103

PRINCE WILLIAM GENERAL DISTRICT COURT
9311 LEE AVENUE
MANASSAS, VA 22110

PROFORMA SPECTRUM GRAPHIC
PO BOX 640814
CINCINNATI, PA 45264-0814

PROGRESSIVE BUSINESS PUBLICATIONS
370 TECHNOLOGY DRIVE
P.O. BOX 3019
MALVERN, PA 19355

QI EXCHANGE, LLC COMMERCIAL LENDING SERV.
PO BOX 472687
CHARLOTTE, NC 28247

QUARLES FUEL NETWORK
1701 FELL HILL AVENUE
SUITE 300
FREDERICKSBURG, VA 22401

RAY MORGAN
422 SCHOOL LANE ROAD
TOWER CITY, PA 17980

RELIZON COMPANY, THE
PO BOX 644039
PITTSBURGH, PA 15264-4039

RHINE, CHARLES
1667 WAMPON DRIVE
AUBURN, PA 17922

RITCHIE, JUSTIN
16 W. POTTSVILLE ST.
PINE GROVE, PA 17963

ROBERT BECKMAN
294 TREMONT ROAD
PINE GROVE, PA 17963

ROSUC TRUCKING, INC.
PO BOX 6842
ARLINGTON, VA 22206

ROTO-ROOTER SERVICES CO.
23 FONTANA LANE
SUITE 103
BALTIMORE, MD 21237

RUSSELL FRITZ
89 HARRIS AVENUE
PINE GROVE, PA 17963

Case 5:03-bk-53104-JJT    Doc 75    Filed 09/02/03    Entered 09/03/03 10:15:46    Desc
Matrix    Page 11 of 15

S. L. BARE INCORPORATED
P.O. BOX 456
WESTMINSTER, PA 21158

SAFETY-KLEEN CORP.
P.O. BOX 382066
PITTSBURGH, PA 15250-8066

SECOND ALARM FIRE EQUIP.
217 E. MARKET STREET
ORWIGSBURG, PA 19761

SERVICE TIRE TK. CNTR. (MD)
2255 AVENUE A
BETHLEHEM, PA 18017

SHAW MACK SALES & SERVICE
142 WATER WORKS ROAD
SOMERSET, PA 15501

SOMERSET WELDING & STEEL
J&J TRUCK BODIES
PO BOX 97
BOWELL, PA 15531

STAPLES CREDIT PLAN
P.O. BOX 9020
DESMOINES, IA 50368-9020

STAPLES DEPT. 82 (MD)
STAPLES CREDIT PLAN
PO BOX 9020
DES MOINES, IA 50368-9020

STATE OF NEW JERSEY
DEPARTMENT OF LABOR
TRENTON, NJ 8625

STATE OF MARYLAND
OFFICE OF ENEMPLOYMENT INSURANCE
P.O. BOX 1683
BALTIMORE, MD 21203-1683

STATE WORKERS INSURANCE FUND
100 LACKAWANNA AVENUE
P.O. BOX 5100
SCRANTON, PA 18505-5100

STEWART WITMER DISPOSAL
BOX 114
BERRYSBURG, PA 17005

STONEY MOUNTAIN SPRINGS
116 KALMIA ROAD
TOWER CITY, PA 17980

STU-RON SPRING, INC.
T/A PETERS SPRING & ALIGN
400 ENSOR STREET
BALTIMORE, MD 21202

TARIK BELKHOUTOUT
615 MINE STREET
POTTSVILLE, PA 17901

TED'S TOWING SERVICE, INC.
4920 HAZELWOOD AVENUE
BALTIMORE, MD 21206

TERMINIX PROCESSING CTR.
2520 LORD BALTIMORE DRIVE
SUITE H
BALTIMORE, MD 21244-2670

TEXAS CANVAS COMPANY, INC
101 THOMAS ST.
PATTERSON, NJ 7503

THE BALTIMORE SUN
PO BOX 1013
BALTIMORE, MD 21203-1013

THE MARYLAND TIRE CO.
1205 FRANKFURST AVENUE
BALTIMORE, MD 21226

TIMOTHY ROTHROCK
618 JULIAN STREET
WILLIAMSTOWN, PA 17098

TRANSAMERICA EQUIPMENT FINANCIAL
SERVICES CORP.
PO BOX 70656
CHICAGO, IL 60673-0656

TRAVELERS
90 MERRICK AVENUE
EAST MEADOW, NY 11554

TREASURER STATE OF NJ
402 SECOND STREET
2ND FLOOR
TRENTON, NJ 8625

TRI COUNTY IMAGING ASSOCIATES
PO BOX 1198
SOMERSET, PA 15501

TRUCKO, INC.
110 EAST WALL STREET
LEESPORT, PA 19533

TWO BROTHERS TRUCKING
7130 NEVELLE COURT
BALTIMORE, MD 21244

UAI GROUP INC.
6 COMMERCE DRIVE
READING, PA 19607

| | |
|---|---|
| UNITED PARCEL SERVICE<br>P.O. BOX 20584<br>LEHIGH VALLEY, PA 18002-0584 | U.S. DEPT OF TRANSPORTATION<br>FEDERAL MOTOR CARRIER SAFETY<br>ADMINISTRATION<br>10 SOUTH HOWARD STREET, SUITE 4000<br>BALTIMORE, MD 21201 |
| VALENTIN ESCOBAR<br>11803 BROADMOR LANE<br>UPPER MARLBORO, NJ 20772 | VENGROFF WILLIAMS & ASSOC.<br>PO BOX 4155<br>SARASOTA, FL 34230-4155 |
| VERIZON<br>P.O. BOX 17577<br>BALTIMORE, MD 21297-0513 | VERIZON NORTH<br>PO BOX 920041<br>DALLS, TX 75392-0041 |
| VLADIMIR POKLAD<br>14701 MENTMORE PLACE<br>N. POTOMAC, MD 20878 | VLADIMIR SANDEL<br>6915 BONNIE RIDGE DRIVE<br>APT 101<br>BALTIMORE, MD 21209 |
| VOSS, MICHAELS, LEE & ASSOCIATES, INC.<br>P.O. BOX 1829<br>HOLLAND, MICHIGAN 49422-1829 | W. H. M., INC.<br>PO BOX 4016<br>DARIEN, CT 06820-4016 |
| WASTE MANAGEMENT INC.<br>FRONT STREET TRANSFER STATION<br>PO BOX 877<br>ELIZABETH, NJ 7202 | WASTE MNGT-COAL TOWNSHIP<br>RR#3 BOX 4<br>COAL TOWNSHIP, PA 17866 |
| WASTE TRANSFER SERVICES<br>ATTN: KELLY WINTER<br>6994 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD 21046 | W.W. ENGINE & SUPPLY, INC.<br>P.O. BOX 1258<br>SOMERSET, PA 15501 |

WEHOF FORMS
42 READINTON ROAD
SOMERVILLE, NJ 8876

WILLIAMS, CHARLES & SCOTT, LTD.
2171 JERICHO TURNPIKE
P.O. BOX 433
COMMACK, NY 11725

XEROX CORPORATION
PO BOX 7413
PASADENA, CA 91109-7413

YANKO BROTHERS TRUCKING
300 PARKHILL DRIVE
CONEMAUGH, PA 15909

YURIY A. SEMKIN
5 POINSETTIA DRIVE
BALTIMORE, MD 21209

ZELLER WEISS & KAHN, LLP
1084 ROUTE 22 WEST
MOUNTAINSIDE, NJ 7092