5-03-53104
#129

Miners Fuel Accounts Payable Matrix 9-30-03

☐OFFICE OF THE UNITED STATES TRUSTEE
228 WALNUT STREET
P.O. BOX 969
HARRISBURG, PA, 17108-0969
☐PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF MOTOR FUEL TAXES
DEPARTMENT 280646
HARRISBURG, PA, 17128-0646
☐PA DEPT OF TRANSPORTATION
BUREAU OF MOTOR VEHICLES
P.O. BOX 68285
HARRISBURG, PA, 17106-8285



Case 5:03-bk-53104-JJT    Doc 129    Filed 10/03/03    Entered 10/06/03 10:24:57    Desc
Amended Matrix    Page 1 of 1