Form B6A
(10/05)

In re  MINERS FUEL COMPANY, INC.                       Case No. 5-03-53104
         **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | 0.00 | |
| | | Total | | |

(Report also on Summary of Schedules.)

In re   MINERS FUEL COMPANY, INC.                              Case No.  5-03-53104
          Debtor                                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ACCOUNT<br>MIDPENN BANK | | 3,816.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | COBRA INSURANCE DUE TO DEBTOR<br><br>INSURANCE REFUND | | 265.75<br><br>1,261.52 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re   MINERS FUEL COMPANY, INC.                              Case No.  5-03-53104
         Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | ACCOUNTS RECEIVABLE | | 134,194.03 |
| | | Route 209, Tremont Township | | 151,309.85 |
| | | T-581 & SR 209 Frailey & Tremont Twp. | | 305,029.84 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | LEASE PAYMENTS DUE TO DEBTOR (POST-PETITION) | | 120,202.66 |

In re   MINERS FUEL COMPANY, INC.                    Case No.  5-03-53104
         Debtor                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | LEASE PAYMENTS DUE TO DEBTOR (PRE-PETITION) | | 1,720.00 |
| | | REIMBURSEMENT DUE TO DEBTOR FROM IDEAL | | 9,371.82 |
| | | REFUND FROM COMMONWEALTH OF PA | | 300.00 |
| | | REFUND FROM COMMONWEALTH OF PA | | 10.00 |
| | | IRS TAX REFUND | | 5,913.62 |
| | | POST-PETITION RENTAL INCOME | | 300.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | VARIOUS TRUCKS AND TRAILERS | | 1,100,000.00 |
| | | 1997 MACK TRUCK | | 4,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

In re  MINERS FUEL COMPANY, INC.      Case No. 5-03-53104
Debtor      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Parts & Equipment | | 17,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

       0 continuation sheets attached     Total    $ 1,855,195.25

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   MINERS FUEL COMPANY, INC.                     Case No.  5-03-53104
         Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2):

☐  11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Form B6D
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,                    Case No.  5-03-53104
                            Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> None | | | VALUE $ 0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

  0  continuation sheets attached

                                                    Subtotal ➤   $  0.00
                                         (Total of this page)
                                                          Total ➤   $  0.00
                                     (Use only on last page)
                                     (Report total also on Summary of Schedules)

In re MINERS FUEL COMPANY, INC._____,   Case No. __5-03-53104__
                           Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

[✓] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifyin independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or th cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

In re   MINERS FUEL COMPANY, INC.                              ,       Case No.  5-03-53104
              Debtor                                                              (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                  __0__  continuation sheets attached

In re  MINERS FUEL COMPANY, INC.          ,          Case No.  5-03-53104
       Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> 17 Tire Service <br> HC 67, Box 1640 <br> Church View, VA 23032 | | | Accounts Payable | | | | 1,689.00 |
| ACCOUNT NO. <br> Abbey Fritz Fence, Co., Inc. <br> 4113 Aquariam Place <br> Baltimore, MD 21215 | | | Accounts Payable | | | | 478.10 |
| ACCOUNT NO. <br> Absolute Pressure Cleaning Equipment, Inc. <br> 1702 Midway Road <br> Odenton, MD 21113 | | | Accounts Payable | | | | 1,265.75 |
| ACCOUNT NO. <br> Air Brake & Power Equipment Co <br> 1048 Bakery Road <br> Pottsville, PA 17901-8402 | | | Accounts Payable | | | | 2,054.40 |

____46____ continuation sheets attached

Subtotal ▶ (Total of this page)   $  5,487.25

Total ▶ (Use only on last page)   $

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,     Case No.  5-03-53104
         Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Alban Tractor Company, Inc. PO Box 64251 Baltimore MD 21264 | | | Accounts Payable | | | | 7,083.58 |
| ACCOUNT NO. All Jersey Express PO Box 346 Totowa, NJ 07511 | | | Accounts Payable | | | | 153,349.16 |
| ACCOUNT NO. Allen Rooklin 2012 Tyson Avenue Philadelphia, PA 19149 | | | Accounts Payable | | | | 50.00 |
| ACCOUNT NO. Allentown Mack Sales & Service, Inc. 1470 Bulldog Drive Allentown, PA 18104 | | | Accounts Payable | | | | 8,888.67 |
| ACCOUNT NO. American Express PO Box 1270 Newark, NJ 07101-1270 | | | Accounts Payable | | | | 104.05 |

Sheet no. 1 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 169,475.46

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Case 5:03-bk-53104-JJT    Doc 339    Filed 12/16/05    Entered 12/16/05 18:58:37    Desc
Main Document    Page 11 of 20

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.                        ,  Case No.  5-03-53104
          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American Long Lines, Inc. PO Box 7819 Phildadelphia, PA 19101-7818 | | | Accounts Payable | | | | 1,312.87 |
| ACCOUNT NO. Amgro, Inc. 100 N. Parkway PO Box 15089 Worchester, PA 01615-0089 | | | Accounts Payable | | | | 24,690.12 |
| ACCOUNT NO. APR Supply, Company 44 N. 8th Street Lebanon, PA 17046 | | | Accounts Payable | | | | 67.37 |
| ACCOUNT NO. Ashland Diesel Engines, Inc PO Box 167 Ashland, PA 17921 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO. AT&T Wireless PO Box 7951 Westbury, NY 11590-7951 | | | Accounts Payable | | | | 508.51 |

Sheet no. 2 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 26,578.87

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.            ,     Case No. 5-03-53104
         Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Baltimore Gas & Electric<br>PO Box 1431<br>Baltimore, MD 21203 | | | Accounts Payable | | | | 408.05 |
| ACCOUNT NO.<br>Bastian Tire & Auto Centers<br>PO Box 262<br>Shamokin, PA 17876 | | | Accounts Payable | | | | 749.10 |
| ACCOUNT NO.<br>Bell Corporation of America<br>1411 N. Westshore Blvd. 100<br>PO Box 24538<br>Tampa, FL 33623 | | | Prudential Insurance/Accounts Payable | | | | 3,813.16 |
| ACCOUNT NO.<br>Bergey's<br>462 Harleysville Pike<br>Franconia, PA 18942 | | | Accounts Payable | | | | 1,780.94 |
| ACCOUNT NO.<br>Better Management Corp. of Ohio<br>PO Box 9755<br>Youngstown, OH 44513 | | | Accounts Payable | | | | 352.00 |

Sheet no. 3 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 7,103.25

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re   MINERS FUEL COMPANY, INC.   ,   Case No.   5-03-53104
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Blue Mtn. Mack Dist. Inc. <br> 1407 Bulldog Dr. <br> Allentown, PA 18104 | | | Accounts Payable | | | | 8,586.95 |
| ACCOUNT NO. <br> Bombardier Capital, Inc. <br> c/o Bank of America <br> PO Box 1067 <br> Charlotte, NC 28201-1067 | | | Accounts Payable | | | | 53,797.79 |
| ACCOUNT NO. <br> Brian Dempsey <br> 217 East Second Street <br> Mt. Carmel, PA 17851 | | | Accounts Payable | | | | 4.50 |
| ACCOUNT NO. <br> Brisk Transportation, LP <br> 3900 Industrial Road <br> Harrisburg, PA 17110 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO. <br> Browning-Ferris Industries <br> Baltimore District #358 <br> PO Box 830135 <br> Baltimore, MD 21283-0135 | | | Accounts Payable | | | | 549.29 |

Sheet no. 4 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 62,938.53
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,                 Case No.  5-03-53104
        Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bruske Products <br> PO Box 669 <br> 7447 Duvan Dr <br> Tinley Park, IL 60477-0669 | | | Accounts Payable | | | | 561.48 |
| ACCOUNT NO. <br> C.A.P. <br> 8543 Neptune Drive <br> Pasadena, MD 21122 | | | Accounts Payable | | | | 68.15 |
| ACCOUNT NO. <br> Capital Tire Services, Inc. <br> 578 Spring Street <br> Rt 1&9 <br> Elizabeth, NJ 07201 | | | Accounts Payable | | | | 14,689.50 |
| ACCOUNT NO. <br> Carlos Aramayo <br> 71 Ackerman Ave. <br> Clifton, NJ 07011 | | | Accounts Payable | | | | 5,876.33 |
| ACCOUNT NO. <br> Castrol Heavy Duty Lubricants, Inc. <br> PO Box 409368 <br> Atlanta, GA 30384-9369 | | | Accounts Payable | | | | 5,201.87 |

Sheet no. 5 of 46 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 26,397.33
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Main Document    Page 15 of 20

In re  MINERS FUEL COMPANY, INC.  ,    Case No. 5-03-53104
        Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Central Truck Center <br> 3801 Ironwood Place <br> Landover, MD 20785 | | | Accounts Payable | | | | 38,425.22 |
| ACCOUNT NO. <br> Charles Rhine <br> 1667 Wampon Drive <br> Auburn, PA 17922 | | | Accounts Payable | | | | 4.50 |
| ACCOUNT NO. <br> Chris Halloway <br> 444 Small Valley Road <br> Halifax, PA 17032 | | | Accounts Payable | | | | 54.50 |
| ACCOUNT NO. <br> Christopher Rogers <br> 1302 Long Run Road <br> Po Box 238 <br> Friedensburg, PA 17933 | | | Accounts Payable | | | | 5.00 |
| ACCOUNT NO. <br> Chrysler Fiinancial <br> PO Box 530054 <br> Atlanta, GA 30353-0054 | | | Accounts Payable | | | | 1,149.04 |

Sheet no. 6 of 46 continuation sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 39,638.26  
(Total of this page)  
Total ➤ $  
(Use only on last page of the completed Schedule F.)  
(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.  ,  Case No. 5-03-53104
Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cintas Corporation<br>PO Box 9188<br>Baltimore, MD 21222 | | | Accounts Payable | | | | 1,904.73 |
| ACCOUNT NO.<br>Citgo<br>8029 Bristol Pike<br>Levittown, PA 19057 | | | Accounts Payable | | | | 2,105.54 |
| ACCOUNT NO.<br>City of Baltimore<br>Parking Fine Section<br>200 Holiday Street<br>Baltimore, MD 21202 | | | Accounts Payable | | | | 75.00 |
| ACCOUNT NO.<br>Cleveland Brother<br>Box 2535<br>Harrisburg, PA 17105 | | | Accounts Payable | | | | 28,601.21 |
| ACCOUNT NO.<br>Collection Company of America<br>PO Box 35986<br>Dallas TX 75235-0986 | | | Accounts Payable/for Verizon | | | | 197.21 |

Sheet no. 7 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 32,883.69

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,    Case No.  5-03-53104
           Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Commonwealth of Pennsylvania <br> 400 Market Street <br> Harrisburg, PA 17101 | | | Accounts Payable/Priority | | | | 4,904.62 |
| ACCOUNT NO. <br> Commonwealth of Pennsylvania <br> Department of Labor & Industry <br> Bureau of Employer Tax Operations <br> Harrisburg, PA 17121 | | | Accounts Payable/Priority | | | | 3,827.00 |
| ACCOUNT NO. <br> Commonwealth of Pennsylvania <br> Harrisburg, PA 17104-2516 | | | Accounts Payable/Priority | | | | 27.00 |
| ACCOUNT NO. <br> Commowealth of Pennsylvania <br> Department of Revnue <br> Dept. 208405 <br> Harrisburg, PA 17104-0405 | | | Accounts Payable/Priority | | | | 723.44 |
| ACCOUNT NO. <br> Comptroller of Maryland <br> Revenue Administration Division <br> PO Box 17132 <br> Baltimore, MD 21297-0175 | | | Accounts Payable | | | | 0.00 |

Sheet no. 8 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 9,482.06

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,  Case No. 5-03-53104
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Conocophillips Company<br>PO Box 2197-TN 8013<br>Houston, TX 77252-2197 | | | Accounts Payable | | | | 22,710.00 |
| ACCOUNT NO.<br>Contcentra Medical Centers<br>Po Box 18277<br>Baltimore, MD 21227 | | | Accounts Payable | | | | 1,658.95 |
| ACCOUNT NO.<br>Copycat Business Systems<br>253 Sunbury Street<br>Minersville, PA 17954 | | | Accounts Payable | | | | 1,082.70 |
| ACCOUNT NO.<br>Country Tire Warehouse<br>135 Tower Road<br>Summerhill, PA 15958 | | | Accounts Payable | | | | 751.00 |
| ACCOUNT NO.<br>Credit Service<br>812 Newton Road<br>Virginis Beach, VA 23462 | | | Accounts Payable/for Arlinton County | | | | 78.00 |

Sheet no. 9 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 26,280.65

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC. ,  Case No. 5-03-53104
  Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CRW Auto & Truck Parts<br>1211 68th Street<br>Baltimore, MD 21237 | | | Accounts Payable | | | | 18,675.24 |
| ACCOUNT NO.<br>Crystal Spring Water Co.<br>PO Box 3229<br>Lancaster, PA 17604-3229 | | | Accounts Payable | | | | 14.43 |
| ACCOUNT NO.<br>Daimlerchrsysler Services<br>Po Box 2916<br>Milwaukee WI 53201-2916 | | | Accounts Payable | | | | 16,778.10 |
| ACCOUNT NO.<br>DAL, Inc.<br>300 East Madison Avenue<br>Clifton Heights, Pa 19018-0162 | | | Accounts Payable/Heavy Duty Parts | | | | 7,992.61 |
| ACCOUNT NO.<br>Darnell Herron<br>3 Henley Court<br>Windsor Mill, MD 21136 | | | Accounts Payable | | | | 4,803.70 |

Sheet no. 10 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 48,264.08

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)