In re  MINERS FUEL COMPANY, INC.          ,          Case No.  5-03-53104
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dave Barry<br>208 Clay Street<br>Tremont, PA  17981 | | | Accounts Payable | | | | 49.50 |
| ACCOUNT NO.<br>David Bell Truck Service<br>1 Builtwell Road<br>Schuylkill Haven, PA  17972 | | | Accounts Payable | | | | 730.00 |
| ACCOUNT NO.<br>David Fry<br>West Fifth Street<br>Box 10-B<br>Williamstown PA  17098 | | | Accounts Payable | | | | 8.50 |
| ACCOUNT NO.<br>David Koch<br>926 Schuylkill Mountain Road<br>Schuylkill Haven, PA  17972 | | | Accounts Payable | | | | 3.00 |
| ACCOUNT NO.<br>David Mohl<br>202 Berne Street<br>Schuylkill Haven, Pa  17972 | | | Accounts Payable | | | | 4.00 |

Sheet no. 11 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 795.00
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC. ,   Case No. 5-03-53104
　　　　　　　　Debtor                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Delaware Truck Stop <br> PO Box 78 <br> Delaware, NJ  07833 | | | Accounts Payable | | | | 4,214.81 |
| ACCOUNT NO. <br> Delton Bolton <br> 108 Walnut Street <br> Tuscarora, PA  17982 | | | Accounts Payable | | | | 52.50 |
| ACCOUNT NO. <br> Dennis Orner <br> 331 S. Plum Street <br> Mount Carmel, PA  17851 | | | Accounts Payable | | | | 19.95 |
| ACCOUNT NO. <br> Denny Electric Supply <br> Route 61 <br> 375 Center Street <br> Schuylkill Haven, PA  17972-1007 | | | Accounts Payable | | | | 197.70 |
| ACCOUNT NO. <br> Department of Labor & Industry <br> Employers Charge Section <br> PO Box 67504 <br> Harrisburg, PA  17106-7504 | | | Accounts Payable/Priority | | | | 0.00 |

Sheet no. 12  of 46  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page)  $ 4,484.96

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re   MINERS FUEL COMPANY, INC.         ,   Case No.   5-03-53104
        Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Department of Motor Vehicles PO Box 27412 Richmond, VA 23269 | | | Accounts Payable/Priority | | | | 59.00 |
| ACCOUNT NO. Diamond Advantage PO Box 930895 Kansas City, MO 64193-0895 | | | Accounts Payable | | | | 6,595.84 |
| ACCOUNT NO. Director of Finance Bureau of Treasury Management 200 Holiday Street, Suite 3 Baltimore, MD 21202-3683 | | | Accounts Payable | | | | 75.00 |
| ACCOUNT NO. District Court Somerset County 805 Atkinson Way, PO Box 55 Boswell, PA 15531 | | | Accounts Payable/Priority | | | | 329.50 |
| ACCOUNT NO. District Justice Charles V. Moran 2276 W. Market Street Pottsville, PA 17901 | | | Accounts Payable/Priority | | | | 1,067.00 |

Sheet no. 13 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $   8,126.34

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,  Case No. 5-03-53104
       Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Diversified Adjustment Service, Inc<br>600 Coon Rapids Blvd.<br>Coon Rapids, MN 55433 | | | Accounts Payable/AT&T | | | | 882.36 |
| ACCOUNT NO.<br>Dor-A-Mar Canvas Products<br>2130 Pond Road, Unit E<br>Ronkonkoma, NY 11779 | | | Accounts Payable | | | | 4,765.99 |
| ACCOUNT NO.<br>Dumbauld's Tire Service<br>Route 61 North<br>PO Box 734<br>Somerset, PA 15501-0734 | | | Accounts Payable | | | | 262.42 |
| ACCOUNT NO.<br>Dun & Bradstreet<br>Receivable Management Services<br>4836 Brecksville Road, PO Box 523<br>Richfield, OH 44286 | | | Accounts Payable/United Parcel Service | | | | 871.52 |
| ACCOUNT NO.<br>Dunmore Oil Company<br>1031 Reeves Street<br>Dunmore, PA 18512 | | | Accounts Payable | | | | 11,161.24 |

Sheet no. 14 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 17,943.53

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,           Case No. 5-03-53104
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> E-Z Pass <br> New Jersey Customer ServiceCenter <br> PO Box 52002 <br> Newark, NJ 07101-8202 | | | Accounts Payable | | | | 5.00 |
| ACCOUNT NO. <br> East Manufacturing Corp <br> 1871 State Route 44 <br> PO Box 277 <br> Randolph, OH 44265 | | | Accounts Payable | | | | 1,941.67 |
| ACCOUNT NO. <br> East Penn Manufacturing Co., Inc. <br> PO Box 147, Deka Road <br> Lyon Station, PA 19536 | | | Accounts Payable | | | | 2,461.95 |
| ACCOUNT NO. <br> Epix Internet Services <br> 100 CTE Drive <br> Dallas PA 18612 | | | Accounts Payable | | | | 169.92 |
| ACCOUNT NO. <br> Essex County <br> Child Support ENF Unit <br> Po Box 372 <br> Neward, NJ 07102 | | | Accounts Payable | | | | 0.00 |

Sheet no. 15 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)　$　4,578.54

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.  ,    Case No. 5-03-53104
Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EZ Pass Violation<br>Harrisburg, PA  17108-0988 | | | Accounts Payable | | | | 142.05 |
| ACCOUNT NO.<br>Federal Express<br>PO Box 1140<br>Dept. A<br>Memphis, TN  38101-1140 | | | Accounts Payable | | | | 949.57 |
| ACCOUNT NO.<br>Federal Motor Carrier<br>Safety Administration<br>802 Cromwell Park Drive, Suite N<br>Glen Burnie, MD  21061 | | | Accounts Payable | | | | 4,300.00 |
| ACCOUNT NO.<br>Filterfresh<br>418 North Franklin<br>Allentown, PA  18102 | | | Accounts Payable | | | | 353.22 |
| ACCOUNT NO.<br>First Federal<br>115 S. Centre Street<br>Pottsville, PA  17901 | | | Accounts Payable | | | | 5,780.05 |

Sheet no. 16 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 11,524.89
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re   MINERS FUEL COMPANY, INC.   ,   Case No.   5-03-53104
          Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First State Bank<br>600 Central Avenue<br>PO Box 295<br>Barboursville, WV 25504-0295 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO.<br>Fleet Equipment, Inc.<br>Box 110 Beeno Road<br>Darragh, PA 15625 | | | Accounts Payable | | | | 175.00 |
| ACCOUNT NO.<br>Florig Equipment of America<br>904 Ridge Pike<br>Conshohoken, Pa 19428-1098 | | | Accounts Payable | | | | 879.29 |
| ACCOUNT NO.<br>Fredericksburg Truck Center<br>PO Box 5900<br>55 Stanstead Road<br>Fredericksburg, VA 22403 | | | Accounts Payable | | | | 462.70 |
| ACCOUNT NO.<br>Freightliner of Harrisburg<br>PO Box 4174<br>Harrisburg, PA 17111 | | | Accounts Payable | | | | 8,638.80 |

Sheet no. 17 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page) $ 10,155.79

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.     ,     Case No.  5-03-53104
Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Gary D. Scheib <br> 2101 E. Grand Avenue <br> Tower City, PA 17980 | | | Accounts Payable | | | | 825.00 |
| ACCOUNT NO. <br> GE Financial Assurance <br> 100 Bright Meadow Blvd. <br> Po Box 1955 <br> Enfield, CT 06083-1955 | | | Accounts Payable | | | | 555.74 |
| ACCOUNT NO. <br> Gerard DeGregoris, Jr. Esq. <br> 145 Willis Avenue <br> Mineola, NY 11501 | | | Accounts Payable/Capital Tire Service, Inc. | | | | 0.00 |
| ACCOUNT NO. <br> Good Samaritan Healthplex <br> Industrial Park Road <br> St. Clair, PA 17970 | | | Accounts Payable | | | | 40.00 |
| ACCOUNT NO. <br> Good Samaritan Medical Center <br> 700 E. Norweigian Street <br> Pottsville, PA 17901-2798 | | | Accounts Payable | | | | 4,799.00 |

Sheet no. 18 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 6,219.74

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.  ,   Case No. 5-03-53104
         Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>H&M Ebling Glass Shop<br>1819 Sweet Arrow Lake Road<br>Pottsville, PA  17901-2798 | | | Accounts Payable | | | | 1,945.00 |
| ACCOUNT NO.<br>H&M Felty Sales & Service<br>163 Pleasant Valley Road<br>Pine Grove, PA  17963 | | | Accounts Payable | | | | 446.22 |
| ACCOUNT NO.<br>H&R Trucking<br>2204 Lewisdale Drive<br>Hyattsville, MD  20783 | | | Accounts Payable | | | | 3,745.01 |
| ACCOUNT NO.<br>Hale Trailer Brake/Wheel, Inc.<br>PO Box 1400<br>Voorhees, NJ  08043 | | | Accounts Payable | | | | 19,267.63 |
| ACCOUNT NO.<br>Harold Reichwein<br>241 Beury's Road<br>Ashland, PA  17921 | | | Accounts Payable | | | | 2,125.65 |

Sheet no. 19 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $  27,529.51

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re   MINERS FUEL COMPANY, INC.            ,       Case No.   5-03-53104
            Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Heavy Duty Parts, Inc. PO Box 27 Camp Hill, PA 17001 | | | Accounts Payable | | | | 7,992.61 |
| ACCOUNT NO. Highlands Insurance Group PO Box 19849 Raleigh, NC 27619-9849 | | | Accounts Payable | | | | 3,412.17 |
| ACCOUNT NO. Highway Garage, Inc. 1269 American Legion Road Fredericksburg, VA 22405 | | | Accounts Payable | | | | 12,542.72 |
| ACCOUNT NO. Hilltop Fuel Company t/a Johnny's Truckstop PO Box 5296 Clinton, NJ 08809 | | | Accounts Payable | | | | 7,350.63 |
| ACCOUNT NO. HRS Telerradiology, Inc. PO Box 1079 Pottsville, Pa 17901 | | | Accounts Payable | | | | 36.00 |

Sheet no. 20 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 31,334.13

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re   MINERS FUEL COMPANY, INC.  ,          Case No.   5-03-53104
         Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hunter Keystone Peterbilt<br>1463 Manheim Pike<br>Lancaster, PA  17601 | | | Accounts Payable | | | | 5,243.10 |
| ACCOUNT NO.<br>Internal Revenue Service<br>Philadelphia, PA  19255-0039 | | | Accounts Payable/Priority | | | | 15,047.96 |
| ACCOUNT NO.<br>International Trailers, Inc.<br>8535 Mason-Dixon Highway<br>PO Box 59<br>Meyersdale, Pa  15552 | | | Accounts Payable | | | | 354.10 |
| ACCOUNT NO.<br>James Hoffman<br>484 West Frack Street<br>Frackville, PA  17931 | | | Accounts Payable | | | | 24.50 |
| ACCOUNT NO.<br>James Spangler<br>6030 Cloverhill Road<br>Summerset, Pa  15501 | | | Accounts Payable | | | | 1,300.00 |

Sheet no. 21 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $  21,969.66

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.    ,    Case No.  5-03-53104
                Debtor                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jesse Zerbe 1103 East Websters Street Coal Twshp, Pa 17866 | | | Accounts Payable | | | | 18.50 |
| ACCOUNT NO. JH Zerby Newspaper, Inc. PO Box 1165 PO Box 59 Pottsville, PA 17901 | | | Accounts Payable | | | | 382.81 |
| ACCOUNT NO. Jistin Ritchie 16 W. Pottsville Street Pine Grove, PA 17963 | | | Accounts Payable | | | | 4.50 |
| ACCOUNT NO. John Hinners 201 Cherry Street St. Clair, Pa 17970 | | | Accounts Payable | | | | 22.50 |
| ACCOUNT NO. John Krisovitch RD 9, Box 9700 Lake Ariel, Pa 18436 | | | Accounts Payable | | | | 68.00 |

Sheet no. 22 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 496.31
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC. ,  Case No. 5-03-53104
      Debtor                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Joseph Lawrence Shinski, 502 Wimmer Road, Glen Burnie, MD 21061 | | | Accounts Payable | | | | 8,500.00 |
| ACCOUNT NO. Juan Rivera, 9300 Humphries Drive, Burke, VA 22015 | | | Accounts Payable | | | | 9,725.64 |
| ACCOUNT NO. K&D Auto Electric, Inc., 1251 N. Center Avenue, Somerset, Pa 15501 | | | Accounts Payable | | | | 479.95 |
| ACCOUNT NO. KCI Insurance Agency, Inc., PO Box 2434, Cherry Hill, NJ 08034 | | | Accounts Payable | | | | 91,735.20 |
| ACCOUNT NO. KDKL Inc., 267 East Street, Bloomsburg, PA 17815 | | | Accounts Payable | | | | 1,603.00 |

Sheet no. 23 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 112,043.79

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.  ,  Case No. 5-03-53104
Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Keller Truck Parts, Inc.<br>3530 S. Hanover Street<br>Baltimore, MD 21225-1732 | | | Accounts Payable | | | | 11,314.04 |
| ACCOUNT NO.<br>Keystone Petro. Equipment, LTD<br>981-B Trindle Road West<br>Mechanicsburg, PA 17055 | | | Accounts Payable | | | | 1,630.41 |
| ACCOUNT NO.<br>Kohl Bros., Inc.<br>5 Muth Avenue<br>PO Box 350<br>Myerstown  17067 | | | Accounts Payable | | | | 722.80 |
| ACCOUNT NO.<br>Kramer's Towing Service<br>I-78 & Maple Drive<br>Hamburg, PA 19526 | | | Accounts Payable | | | | 5,410.25 |
| ACCOUNT NO.<br>L.U. Transportation, Inc.<br>2648 West 50th Street<br>Chicago, IL 60632 | | | Accounts Payable | | | | 7,195.30 |

Sheet no. 24 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 26,272.80

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.          ,   Case No.  5-03-53104
         Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Langsam Stevens & Silver, LLP<br>1616 Walnut Street, Suite 1700<br>Philadelphia, PA 19103-5319 | | | Accounts Payable/Wm. H. Martoccia, Inc. and Clarendone National Insurance, Co. | | | | 33,328.34 |
| ACCOUNT NO.<br>Lapp Cylinder Service<br>936 Deturksville Road<br>Pine Grove, PA 17963 | | | Accounts Payable | | | | 163.16 |
| ACCOUNT NO.<br>Leipold Law Office, PC<br>29 East Main Street, Suite C<br>Bloomsburg, PA 17815 | | | Accounts Payable | | | | 1,766.84 |
| ACCOUNT NO.<br>Lou Aboyoun<br>88 Baldwin Terrace<br>Wanye, NJ 07470 | | | Accounts Payable | | | | 532.00 |
| ACCOUNT NO.<br>Lowe's Companies, Inc.<br>PO Box 281791<br>Atlanta, GA 30384-1791 | | | Accounts Payable | | | | 4.34 |

Sheet no. 25 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page) $ 35,794.68

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.          ,     Case No.  5-03-53104
              Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mac Trailer Manufacturing, Inc. <br> 14599 Commerce Street <br> Alliance, Oh  44601 | | | Accounts Payable | | | | 9,527.59 |
| ACCOUNT NO. <br> Madenford Spring & Auto <br> 51 Atlantic Avenue <br> Pottsville, PA  17901 | | | Accounts Payable | | | | 942.00 |
| ACCOUNT NO. <br> Magisterial District 11-3-08 <br> 62 Maffet Street <br> Palins, Pa  18705 | | | Accounts Payable/Priority | | | | 179.00 |
| ACCOUNT NO. <br> Magisterial District 11-3-09 <br> 11 Carverton Road <br> Trucksville, PA  18708 | | | Accounts Payable/Priority | | | | 179.00 |
| ACCOUNT NO. <br> Manny Arocho <br> 22 Green Acres <br> Lebanon, Pa  17046 | | | Accounts Payable | | | | 14.13 |

Sheet no. 26 of 46  continuation sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 10,841.72

Total ➤  $  
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Case 5:03-bk-53104-JJT    Doc 339-1    Filed 12/16/05    Entered 12/16/05 18:58:37    Desc Exhibit Schedule F Continued    Page 16 of 18

In re  MINERS FUEL COMPANY, INC. ,  Case No. 5-03-53104
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Manulife Financial (USA)<br>PO Box 7247-7122<br>Philadelphia, PA 19170-7122 | | | Accounts Payable | | | | 875.18 |
| ACCOUNT NO.<br>Marko Radiator, Inc.<br>725 West Coal Street<br>Shenandoah, PA 17976 | | | Accounts Payable | | | | 1,285.75 |
| ACCOUNT NO.<br>McCarthy Tire Service, Co., Inc<br>PO Box 1125<br>Wilkes-Barre, PA 18703-1125 | | | Accounts Payable | | | | 6,262.20 |
| ACCOUNT NO.<br>MCI<br>PO Box 856053<br>Louisville, PA 40285-6053 | | | Accounts Payable | | | | 254.50 |
| ACCOUNT NO.<br>MD IWIF<br>PO Box 17076<br>Baltimore, MD 21297-0421 | | | Accounts Payable | | | | 41,112.00 |

Sheet no. 27 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 49,789.63

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.         ,        Case No.  5-03-53104
        Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Michelle Potts, Tax Collector <br> RD#4 Box 350 A. <br> Pine Grove, PA 17963 | | | Accounts Payable/Priority | | | | 1,278.48 |
| ACCOUNT NO. <br> Mid Atlantic Waste System <br> Po Box 64104 <br> Baltimore, MD 21264-4104 | | | Accounts Payable | | | | 163.17 |
| ACCOUNT NO. <br> Midway Truck Service, Inc. <br> PO Box J <br> Bethel, PA 19507-0010 | | | Accounts Payable | | | | 227.67 |
| ACCOUNT NO. <br> Milan Express Inc. <br> 473 Serviss Avenue <br> N. Brunswick, NJ 08902 | | | Accounts Payable | | | | 24,946.35 |
| ACCOUNT NO. <br> Miners Fuel Company <br> PO Box 86 <br> Tremont, PA 17981 | | | Accounts Payable | | | | 561.48 |

Sheet no. 28 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) $ 27,177.15

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)