Form B6F - Cont.
(10/05)

In re ___MINERS FUEL COMPANY, INC.___ ,     Case No. ___5-03-53104___
       **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Minersville Auto Parts <br> 29 Sunbury Street <br> Minersville, PA  17954 | | | Accounts Payable | | | | 5,190.27 |
| ACCOUNT NO. <br><br> MJ Express <br> 9710 Spellman Drive <br> Springfield, VA  02215 | | | Accounts Payable | | | | 92,340.12 |
| ACCOUNT NO. <br><br> Moore Store <br> Po Box 6147 <br> Carol Stream, IL  60197-6147 | | | Accounts Payable | | | | 186.72 |
| ACCOUNT NO. <br><br> Mt. Carmel Auto Supply <br> 105 West Avenue <br> Mount Carmel, PA  17851-1396 | | | Accounts Payable | | | | 61.51 |
| ACCOUNT NO. <br><br> Navistar Financial Corporation <br> 75 Remittance Drive <br> Suite 1852 <br> Chicago, IL  60675-1852 | | | Accounts Payable | | | | 114,969.03 |

Sheet no. __29__ of __46__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $   212,747.65
(Total of this page)
Total➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc.-ver 4.0.0-653 - 30459

In re  MINERS FUEL COMPANY, INC. ,  Case No.  5-03-53104

Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Navistar Leasing Corp. PO Box 98454 Chicago, IL  60693 | | | Accounts Payable | | | | 17,950.00 |
| ACCOUNT NO. NCO Financial Systems Inc. 507 Prudential Road Horsham, Pa  19044 | | | Accounts Payable/Verizon | | | | 0.00 |
| ACCOUNT NO. New Jersey Department of Environmental Protection PO Box 638 Trenton, NJ  08646-0638 | | | Accounts Payable/priority | | | | 600.00 |
| ACCOUNT NO. New Jersey Department of Labor Unemployment Insurance Office 362 Broadway Box 5001 Patterson, NJ  07544-5001 | | | Accounts Payable/Priority | | | | 0.00 |
| ACCOUNT NO. New Jersey Division of Taxation Revenue Procession Center PO Box 248 Trenton, NJ  08646-0248 | | | Accounts Payable/Priority | | | | 122.35 |

Sheet no. 30 of 46 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page)  $  18,672.35

Total➤ (Use only on last page of the completed Schedule F.)  $

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **MINERS FUEL COMPANY, INC.** ,  Case No. **5-03-53104**
_____Debtor_____                                    _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Newburg Borough PO Box 51 Newburg, PA 17240 | | | Accounts Payable | | | | 87.29 |
| ACCOUNT NO. Nextel Communications PO Box 4181 Carol Stream, IL 60197-4181 | | | Accounts Payable | | | | 9,792.41 |
| ACCOUNT NO. Nextel Partners PO Box 4192 Carol Stream, IL 60197-4192 | | | Accounts Payable | | | | 38,115.38 |
| ACCOUNT NO. Office of the United States Trustee 228 Walnut Street PO Box 969 Harrisburg, PA 17108-0969 | | | Accounts Payable/priority | | | | 250.00 |
| ACCOUNT NO. PA Department of Transportation Damage Recovery Unit PO Box 2857 Harrisburg, Pa 18105-2857 | | | Accounts Payable/Pirority | | | | 0.00 |

Sheet no. _31_ of _46_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ | 48,245.08
(Total of this page)
Total➤ $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc., ver. 4.0.6-653 - 30459

Form B6F - Cont.
(10/05)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Parson Consulting <br> Dept 77-2996 <br> Chicago, IL 60678-2996 | | | Accounts Payable | | | | 117,646.96 |
| ACCOUNT NO. <br> PCI Insurance Inc. <br> PO Box 1139 <br> Camp Hill, PA 17001 | | | Accounts Payable | | | | 36,789.47 |
| ACCOUNT NO. <br> Pennsylvania Blue Shield <br> PO Box 827142 <br> hiladelphia, PA 19182-7142 | | | Accounts Payable | | | | 254,955.75 |
| ACCOUNT NO. <br> Pennsylvania Department of Revenue <br> Dept 280646 <br> Harrisburg, PA 17128-0646 | | | Accounts Payable/Priority | | | | 0.00 |
| ACCOUNT NO. <br> Pennsylvania State Police <br> Troop G. Bedford <br> 10565 Lincoln Highway <br> Everett, Pa 15537 | | | Accounts Payable | | | | 0.00 |

Sheet no. _32_ of _46_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     409,392.18
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.                    ,     Case No.   5-03-53104
_____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts Payable/Priority | | | | |
| Pennsylvania Turnpike Commission Commonwealth of Pa PO Box 400050 Pittsburgh, Pa 15268-0050 | | | | | | | 3,705.85 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Performa Spectrum Graphic PO Box 640814 Cincinnati, PA 45264-0814 | | | | | | | 1,105.11 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| POC Internationl Inc. PO Box 86 Tremont, Pa 17981 | | | | | | | 61,885.44 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Pottsville Republican & Herald PO Box 1165 Pottsville, PA 17901 | | | | | | | 636.45 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| PPL 827 Hausman Road Allentown, PA 18104-9392 | | | | | | | 1,453.47 |

Sheet no. __33__ of __46__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $   68,786.32
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc., ver. 4.0.0-653 - 30459

In re  MINERS FUEL COMPANY, INC.                    ,     Case No.  5-03-53104
          Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Prince William General District Court 9311 Lee Avenue Manassas, VA  22110 | | | | | | | 77.00 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Progressive Business Publications 370 Technology Drive PO Box 3019 Malvern, Pa  19355 | | | | | | | 306.72 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| QI Exchange, LLC Commercial lending Service PO Box 472687 Charlotte, NC  28247 | | | | | | | 69,152.66 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Quarles Fuel Network 1701 Fell Hill Ave., Suite 300 Fredericksburg, VA  22401 | | | | | | | 16,880.75 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Ray Morgan 422 School Lane Road Tower City, PA 17980 | | | | | | | 45.00 |

Sheet no.  34  of  46   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $    86,462.13
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.                    ,        Case No.   5-03-53104
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert Beckman<br>294 Tremont Road<br>Pine Grove, PA  19763 | | | Accounts Payable | | | | 12.00 |
| ACCOUNT NO.<br>Ronald Powell<br>1708 Regina Street<br>Harrisburg, PA  17103 | | | Accounts Payable | | | | 22.60 |
| ACCOUNT NO.<br>Rosuc Trucking, Inc.<br>PO Box 6842<br>Arlington, VA  22206 | | | Accounts Payable | | | | 7,017.96 |
| ACCOUNT NO.<br>Roto Rooter Services Co,<br>23 Fontana Lane<br>Suite 103<br>Baltimore, MD  21237 | | | Accounts Payable | | | | 1,845.95 |
| ACCOUNT NO.<br>Russel Fritz<br>89 Harris Ave.<br>Pine Grove, PA  17963 | | | Accounts Payable | | | | 37.50 |

Sheet no.  35  of  46   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $          8,936.01
(Total of this page)

Total▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/05)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts Payable | | | | |
| S.L. Bare Incorporated PO Box 456 Westminster, PA  21156 | | | | | | | 193,607.90 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Safety-Kleen Corp. PO Box 382066 Pittsburgh, Pa  15250-8066 | | | | | | | 366.92 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Second Alarm Fire Equip 217 E. Market Street Orwigsburg, PA  19761 | | | | | | | 60.95 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Service Tire Truck Centers 2255 Avenue A. Bethlehem, PA  18017 | | | | | | | 42,425.43 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Shaw Mack Sales & Service 142 Water Works Road Somerset, PA  15501 | | | | | | | 6,328.31 |

Sheet no. 36 of 46 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  242,789.51

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc.-ver 4.0.0-653 - 30459

In re  MINERS FUEL COMPANY, INC.                    ,    Case No.   5-03-53104
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Solomon and Solomon, PC<br>Columbia Circle, Box 15019<br>Albany, NY  12212-5019 | | | Accounts Payable/PP&L | | | | 140.07 |
| ACCOUNT NO.<br><br>Somerset Welding & Steel<br>J&J Truck Bodies<br>PO Box 97<br>Bowell, PA  15531 | | | Accounts Payable | | | | 5,107.09 |
| ACCOUNT NO.<br><br>Staples Credit Plan<br>PO Box 9020<br>Des Moines, IA  50368-9020 | | | Accounts Payable | | | | 8,746.35 |
| ACCOUNT NO.<br><br>Staples Dept. 82 (MD)<br>PO Box 9020<br>Des Moines, IA  50368-9020 | | | Accounts Payable | | | | 528.99 |
| ACCOUNT NO.<br><br>State Of Maryland<br>Central Collection Unit<br>300 West Preston Street<br>Baltimore, MD  21201-2321 | | | Accounts Payable | | | | 1,203.39 |

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. ver 4.0.0-653 - 30459

Sheet no.  37  of 46  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $        15,725.89
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  MINERS FUEL COMPANY, INC.                    ,        Case No.  5-03-53104
_____
Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. State of Maryland Office of Employment Insurance PO Box 1683 Baltimore, MD 21203-1683 | | | Accounts Payable | | | | 60.00 |
| ACCOUNT NO. State of New Jersey Department of Labor PO Box 059 Trenton, NJ 08625 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO. State Workers Insurance Fund 100 Lackawanna Avenue PO Box 5100 Scranton, PA 18505-5100 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO. Stewart Witmer Disposal Box 114 Berrysburg, PA 17005 | | | Accounts Payable | | | | 180.00 |
| ACCOUNT NO. Stoney Mountain Springs 116 Kalmia Road Tower City, PA 17980 | | | Accounts Payable | | | | 93.44 |

Sheet no. 38 of 46 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $  333.44
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver 4.0.0-653 - 30459

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC. ,                    Case No.    5-03-53104
_____                          _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stu-Ron Spring, Inc.<br>T/A Peters Spring & Align.<br>400 Ensor Street<br>Baltimore, MD  21202 | | | Accounts Payable | | | | 9,862.44 |
| ACCOUNT NO.<br><br>Summit Trailer Sales, Inc<br>1 Summit Plaza<br>Summit Station, Pa  17979 | | | Accounts Payable | | | | 9,836.50 |
| ACCOUNT NO.<br><br>Tarpik Belkhoutout<br>615 Mine Street<br>Pottsville, PA  17901 | | | Accounts Payable | | | | 24.00 |
| ACCOUNT NO.<br><br>Ted's Towing Service, Inc.<br>4920 Hazlewood Ave.<br>Baltimore, MD  21206 | | | Accounts Payable | | | | 1,595.00 |
| ACCOUNT NO.<br><br>Terminix Processing Ctr.<br>2520 Lord Baltimore Drive<br>Suite H<br>Baltimore, MD  21244-2670 | | | Accounts Payable | | | | 52.00 |

Sheet no. __39__ of __46__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $       21,369.94
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc., ver. 4.0.0c53 - 30459

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.                    ,     Case No.  5-03-53104
_____                _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Texas Canvas Company, Inc. <br> 101 Thomas Street <br> Patterson, NJ 07503 | | | Accounts Payable | | | | 680.00 |
| ACCOUNT NO. <br><br> The Baltimore Sun <br> PO Box 1013 <br> Baltimore MD 21203-1013 | | | Accounts Payable | | | | 391.12 |
| ACCOUNT NO. <br><br> The Maryland Tire Co. <br> 1205 Frankfurst Ave. <br> Baltimore, MD 21226 | | | Accounts Payable | | | | 3,240.74 |
| ACCOUNT NO. <br><br> The Relizon Company <br> PO Box 644039 <br> Pittsburgh, PA 15264-4039 | | | Accounts Payable | | | | 1,421.51 |
| ACCOUNT NO. <br><br> Timothy Rothrock <br> 618 Julian Street <br> Williamstown, Pa 17098 | | | Accounts Payable | | | | 8.00 |

Sheet no. 40  of 46  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $        5,741.37
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver 4.0.0-653 - 30459*

In re  MINERS FUEL COMPANY, INC.               ,     Case No.  5-03-53104
_____Debtor_____                                  _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Transamerica Equip. Financial Services Corp <br> PO Box 70656 <br> Chicago, IL  60673-0656 | | | Accounts Payable | | | | 2,744.15 |
| ACCOUNT NO. <br> Travelers <br> 90 Merrick Avenue <br> East Meadow, NY  11554 | | | Accounts Payable | | | | 0.00 |
| ACCOUNT NO. <br> Treasurer State of NJ <br> 402 Second Street <br> 2nd Flr. <br> Trenton, NJ  08625 | | | Accounts Payable | | | | 13,380.00 |
| ACCOUNT NO. <br> Tri County Imaging Associates <br> PO Box 1198 <br> Somerset, PA  15501 | | | Accounts Payable | | | | 31.00 |
| ACCOUNT NO. <br> Tri Land Properties, Inc. <br> One Westbrook Corporate Center <br> Suite 520 <br> Westchester, IL  60154-5764 | | | Accounts Payable | | | | 575.00 |

Sheet no.  41  of 46  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 16,730.15
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc., ver. 4.0.6-653 - 30459

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.            ,        Case No.  5-03-53104
_____                _____
            **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Trucko, Inc. 110 East Wall Street Leesport, PA  19533 | | | | | | | 12,855.22 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| Two Brothers Trucking 7130 Nevelle Court Baltimore, MD  21244 | | | | | | | 2,718.13 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| UAI Group Inc. 6 Commerce Drive Reading, PA  19607 | | | | | | | 28,255.08 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| United Parcel Service PO Box 20584 Lehigh Valley, Pa  18002-0584 | | | | | | | 2,222.36 |
| ACCOUNT NO. | | | Accounts Payable | | | | |
| United States Department of Transportation 10 South Howard Street, Suite 4000 Baltimore, MD  21201 | | | | | | | 28,790.00 |

Sheet no. __42__ of __46__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 74,840.79

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. ver 4.0.0-653 - 30459

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.                    ,        Case No.   5-03-53104
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Valentin Escobar<br>11803 Broadmor Lane<br>Upper Marlboro, NJ  20772 | | | Accounts Payable | | | | 5,443.50 |
| ACCOUNT NO.<br><br>Vengroff Williams & Associates<br>PO Box 4155<br>Sarasota, FL  34230-4155 | | | Accounts Payable | | | | 2,720.87 |
| ACCOUNT NO.<br><br>Verizon<br>PO Box 17577<br>Baltimore, MD  21297-0513 | | | Accounts Payable | | | | 347.29 |
| ACCOUNT NO.<br><br>Verizon North<br>PO Box 920041<br>Dallas, TX  75392-0041 | | | Accounts Payable | | | | 5.71 |
| ACCOUNT NO.<br><br>Vladimir Poklad<br>14701 Mentmore Place<br>N. Potomac, MD  20878 | | | Accounts Payable | | | | 4,777.37 |

Sheet no. 43  of 46  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $   13,294.74
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. ver 4.0.0-653  -  30459

Form B6F - Cont.
(10/05)

In re  **MINERS FUEL COMPANY, INC.**                   ,        Case No.   **5-03-53104**
_____                    _____
          Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Vladimir Sandel 6915 Ridge Drive Apt 101 Baltimore, MD  21209 | | | Accounts Payable | | | | 7,626.20 |
| ACCOUNT NO. Voss, Michaels, Lee & Associates, Inc. Po Box 1829 Holland, Michigan  49422-1829 | | | Accounts Payable/UAI Group, Inc. | | | | 35,284.41 |
| ACCOUNT NO. W.H.M., Inc. PO Box 4016 Darien, CT  06820-4016 | | | Accounts Payable | | | | 5,484.85 |
| ACCOUNT NO. W.W. Engine & Supply Inc. PO Box 1258 Somerset, PA  15501 | | | Accounts Payable | | | | 3,378.83 |
| ACCOUNT NO. Walter Epenshade 190 Hill Road Megins, PA17081 | | | Accounts Payable | | | | 30.95 |

Sheet no. __44__ of __46__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $   51,805.24
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. - ver 4.0.0-653 - 30459

Form B6F - Cont.
(10/05)

In re  MINERS FUEL COMPANY, INC.                    ,     Case No.  5-03-53104
               **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Waste Management Coal Twnshp <br> RR#3 Box 4 <br> Coal Township, PA  17866 | | | Accounts Payable | | | | 1,788.22 |
| ACCOUNT NO. <br><br> Waste Management Inc. <br> Front Street Transfer Station <br> PO Box 877 <br> Elizabeth, NJ  07202 | | | Accounts Payable | | | | 5,600.00 |
| ACCOUNT NO. <br><br> Waste Transfer Services <br> Attn: Kelly Winter <br> 6994 Columbia Gateway Drive <br> Columbia MD  21046 | | | Accounts Payable | | | | 94,144.71 |
| ACCOUNT NO. <br><br> WEHOF Forms <br> 42 Readinton Road <br> Somerville, NJ  08876 | | | Accounts Payable | | | | 716.67 |
| ACCOUNT NO. <br><br> Williams, Charles & Scott, LTD <br> 2171 Jericho Turnpike <br> PO Box 433 <br> Commack, NY  11725 | | | Accounts Payable/Deroche Canvas, Inc. | | | | 9,240.00 |

Sheet no. _45_ of _46_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 111,489.60
(Total of this page)

Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver 4.0.0-653 - 30459*

Form B6F - Cont.
(10/05)

In re   MINERS FUEL COMPANY, INC.                         ,          Case No.   5-03-53104
_____                              _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Xerox Corp. <br> PO Box 7413 <br> Pasadena, CA  91109-7413 | | | Accounts Payable | | | | 607.12 |
| ACCOUNT NO. <br><br> Yanko Brothers Trucking <br> 300 Parkhill Drive <br> Conemaugh, PA  15909 | | | Accounts Payable | | | | 14,600.00 |
| ACCOUNT NO. <br><br> Yuriy A Semkin <br> 5 Poinsettia  Drive <br> Baltimore, MD  21209 | | | Accounts Payable | | | | 2,827.04 |
| ACCOUNT NO. <br><br> Zeller Weiss & Kahn, LLP <br> 1084 Route 22 West <br> Mountaside, NJ  07092 | | | Accounts Payable | | | | 3,500.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no.  46  of  46  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $   21,534.16
(Total of this page)

Total➤   $   2,290,504.15
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

*Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-653 - 30459*

5-03-53104

In re    MINERS FUEL COMPANY, INC.                          Case No. _____
         _____
                        **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| Unknown | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.6-653 - 30459

In re    MINERS FUEL COMPANY, INC.        Case No.    5-03-53104
             **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Miners Oil Company | |
| Miners Environmental | |
| Pheonix Waste | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-653 - 30459

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    MINERS FUEL COMPANY, INC.                    Case No.   5-03-53104       

                           Debtor

                                                 Chapter   7         

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 1,855,195.25 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 47 | | $ 2,290,504.15 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 58 | $ 1,855,195.25 | $ 2,290,504.15 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver 4.0.0-653 - 30459

In re   MINERS FUEL COMPANY, INC.                                     Case No.   5-03-53104
_____                                      _____
                        Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                                              *(Total shown on summary page plus 1.)*


Date _____          Signature: _____
                                                                          Debtor:


Date _____          Signature: _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.
                                                                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____                    _____
          Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   Trustee                    [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the   MINERS FUEL COMPANY, INC.   corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____   59   sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                        *(Total shown on summary page plus 1.)*


Date ___6/25/03_____          Signature: _____
                                                                    WILLIAM G. SCHWAB
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0-0-653 - 30459